AO 257 (Rev. 6/78)

---

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 18 U.S.C. §§ 2252(a)(2) and (b): 5 years minimum imprisonment, 20 year maximum. $250,000 fine. Minimum of 5 years of supervised release, lifetime maximum. $100 special assessment.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
DIVISION- OAKLAND

**DEFENDANT - U.S**
Victor Melero-Luna

**DISTRICT COURT NUMBER**
CR 22 0434 JST

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Charles F. Bisesto

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▸ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▸ Month/Day/Year

FILED
NOV 10 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND



**FILED**

NOV 10 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES OF AMERICA,

V.

VICTOR MELERO-LUNA

CR 22 0434 JST

DEFENDANT(S).



## INDICTMENT

18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

---

A true bill.

/S/

_____ Foreman

Filed in open court this ___10___ day of
November, 2022.

_Ivy L. Garcia_  11/10/2022
_____ Clerk

Bail, $ Warrant

Hon. Donna M. Ryu, U.S. Magistrate Judge

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED
NOV 10 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22 0434 JST |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography; |
| VICTOR MELERO-LUNA | 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| Defendant. | San Francisco |

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography)

On or about March 19, 2019, in the Northern District of California, the defendant,

VICTOR MELERO-LUNA,

did knowingly distribute a visual depiction, using a means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

INDICTMENT

<u>FORFEITURE ALLEGATION</u>:   (18 U.S.C. § 2253(a))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in this Indictment, the defendant,

VICTOR MELERO-LUNA,

shall forfeit to the United States of America:

a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to:

a. One Apple iMac, Model A1224, seized from defendant at his residence on January 15, 2020.

b. One Apple iPhone Xs, seized from defendant's residence on January 15, 2020.

c. One Apple iPhone 8, seized from defendant's residence on January 15, 2020.

d. One Apple iPhone 11, seized from defendant's residence on January 15, 2020.

e. One Apple iPhone 4s, seized from defendant's residence on January 15, 2020.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without

difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: November 10, 2022                                         A TRUE BILL.

/S/
_____
FOREPERSON

STEPHANIE M. HINDS
United States Attorney

/S/ Charles F. Bisesto
_____
CHARLES F. BISESTO
Assistant United States Attorney

INDICTMENT                                              3