# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 10 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

CR 22 0434

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**
USA V. VICTOR MELERO-LUNA

**CASE NUMBER:** 

| | | |
|---|---|---|
| This Case Under Seal? | Yes ✓ | No |
| Total Number of Defendants: | 1 ✓  2-7 | 8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF   OAK ✓ | SJ |
| Is this a potential high-cost case? | Yes | No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ |
| Is this a RICO Act gang case? | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** Charles F. Bisesto

**Date Submitted:** 11/10/2022

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM   SAVE PDF