## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Alex G. Tse  
U.S. Magistrate Judge

**RE:** Victor Melero-Luna

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** 3:22-cr-00434-TLT-1

**Date:** 11/23/22

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Pepper Friesen                                                         415-436-7516

U.S. Pretrial Services Officer                                    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ **XX** Inform all parties concerned that I will conduct a Bail Review Hearing via Zoom on November 29, 2022 at 11:30 AM.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

   A.   The following condition will be **added to the defendant's bond:**

       1. The defendant must participate in mental health counseling as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____    November 23, 2022_____  
**JUDICIAL OFFICER**                                                       **DATE**  
Hon. Alex G. Tse  
United States Magistrate Judge