# Exhibit A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## PROBATION OFFICE

**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**JAMES SCHLOETTER**
DEPUTY CHIEF U.S. PROBATION OFFICER II



**AMY RIZOR**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

**CHRIS CARRUBBA-KATZ**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

January 11, 2021

Pursuant to the special condition of Probation, Parole, Mandatory Release or Supervised Release requiring the Probation Office to monitor my computer and/or Internet activity, I, Client's Name have been placed in the Computer/Internet Monitoring Program (CIMP) and agree to adhere to the following:

1.) If applicable, I will adhere to the Computer & Internet Acceptable Use contract signed on _____.

2.) I agree to pay, $32.00 per month, for ongoing monitoring services by automatic debit. Payments may also be made payable (money order, certified check) to NCPTC and mailed by the 15th of each month to NCPTC P.O. Box 60144, King of Prussia, PA 19406. (A service fee of $3.00 is added to payments made my mail. First and last months' payments are due at the time of enrollment.)

(You must indicate your case number _____ and the agency payment number, Select Payment ID, on your payments. You may enroll in an automatic debt subscription via PayPal at http://www.paycomputermonitoring.com.)

3.) I agree that I am required to establish an email address (OffenderEmailAddress) and utilize that email address exclusively. I understand that the probation officer will assist me to forward any necessary previously existing email address to my OffenderEmailAddress, but I will not create any new email address and/or account while enrolled in the CIMP program.

4.) I understand the probation officer will use telephone calls, personal visits, monitoring software/hardware, and biometric user authentication to monitor my compliance.

5.) I will allow the monitoring software/hardware and biometric user authentication hardware/software to be installed on computer system(s) (desktop, laptop, etc.) as indicated by the special condition, acceptable use contract, etc.

6.) I agree not to attempt to remove, disable, inhibit, damage or circumvent any part of any monitoring software/hardware and/or biometric user authentication hardware/software installed on my system by my officer.

7.) I agree to allow authorized personnel to inspect, maintain and troubleshoot the software/hardware installed on my computer system(s), which may include surrender of my computer for periodic inspection with or without advance notice.

NDC-SUPV 06/01/15

8.)     I understand that I am responsible for any software/hardware installed on my computer system and will be held responsible for any damage caused to the software/hardware.

I acknowledge that I have received a copy of these rules and that they have been explained to me.  I understand that I must comply with these rules until termination of supervision or until otherwise notified by my probation officer.  I further understand that any violation of these rules will also constitute a violation of supervision and may result in adverse action including, but not limited to a revocation of my supervision.

_____    _____
(Participant) Client's Name                                                           (Date)

_____    _____
(Officer) Staff Name                                                                     (Date)