# Exhibit B

**UNITED STATES PROBATION OFFICE**
**NORTHERN DISTRICT OF CALIFORNIA**

**COMPUTER & INTERNET ACCEPTABLE USE CONTRACT**

NAME:_____   PACTS#:_____

USPO:_____

This document constitutes a contract between you and the U.S. Probation Office in the Northern District of California. Failure to abide by the terms of this contract will result in adverse action by the U.S. Probation Office and could affect your Term of Supervised Release or Probation.

1. Pursuant to the special condition imposed by the court, your computer use is subject to the approval and/or monitoring of your probation officer. In the Northern District of California, all offenders who are subject to computer monitoring are required to enroll in the Computer and Internet Monitoring Program (CIMP). You are required to follow the rules as stated in your CIMP Participant Agreement and in this Acceptable Use Contract. Violation of CIMP rules may result in temporary or permanent loss of permission to use a computer, modification of the conditions of your supervision, revocation of your supervision or other sanctions as determined by your probation officer or the court.

2. You shall not possess or let another individual possess an unauthorized computer in your home. "Computer" includes any electronic device capable of accessing the Internet or processing or storing data as described at 18 U.S.C. § 1030(e)(1). Common computers include but are not limited to: tower PCs or laptops, cell phones, gaming consoles, MP3 players, tablets, thumb drives, external hard drives, and "smart" appliances. Any unauthorized computer in your home is contraband, and subject to seizure and additional search as determined by your probation officer.

3. You are only permitted to use authorized computer systems that are compatible with any software and/or hardware used by the Computer & Internet Monitoring Program and conform to prescribed specifications. Linux-based computers are not currently compatible with the monitoring software and are not authorized.

4. Anti-virus, anti-spyware, firewall, and/or Internet security applications installed on your computer must be compatible with any installed monitoring software and approved by your probation officer.

5. Any computer within your residence owned and/or used by you, is subject to random examinations/ analysis/searches by the Probation Office and your probation officer. Your computer may be removed from your home for a reasonable amount of time to conduct a thorough analysis.

6. You shall not use any computer or Internet-capable device other than those you have been authorized to use. This includes, but is not limited to, computers at other businesses, private homes, libraries, schools, cyber-cafes, or other public/private locations unless specifically permitted by your probation officer. (See page 5.)

7. You are permitted to use authorized computer systems at your place of employment, for employment purposes only. Your probation officer may require that you notify your employer of your supervision and may require that your employer consent to the installation of monitoring software on your work computer.

8. You shall not have another individual access the Internet on your behalf to obtain files or information from which you are restricted accessing yourself or access any Internet Service Provider account or other online service using someone else's account, name, designation or alias.

ND/CA
Revised 11/2019

9. All repairs to your authorized computer system must be authorized in advance by your probation officer. Repairs must be done at an authorized computer repair location. Your authorized computer system may be subject to examination by the Probation Office prior to authorization for repair.

10. You shall not tamper with, swap, or remove any hard drive from, or add a hard drive to, your computer without the permission of your probation officer. The hard drive may be secured with tamper-evident physical controls.

11. You shall abide by the Terms of Use Agreement of any website you access, including restrictions on use by persons with criminal histories or sex offenders. You shall not access or maintain a "profile" on Facebook, MySpace, Twitter, or other social networking sites without specific prior approval from your probation officer. (See page 5.)

12. You may only access the Internet or other online service via an account pre-approved and authorized by the Probation Office and your probation officer, and you shall not utilize any service which conceals or spoofs your Internet Protocol, including anonymous proxy servers.

13. Unless otherwise approved by your probation officer, your email access is limited to _____. Any previously existing email accounts must be deactivated. Your probation officer may approve you to forward existing email addresses to your approved email account. Any forwarded accounts may only be accessed through the approved interface or an email client such as Outlook, Thunderbird, etc. You may not directly access Gmail, Hotmail, Outlook Live, Yahoo! Mail, iCloud Mail, or other online email services except as approved by your probation officer.

14. You must advise your probation officer of all online accounts and services that you use. You will provide this information on the Internet Use Questionnaire.

15. You may not establish a personal or business website, including online "blogs," without the prior approval of your probation officer. You may not maintain a website that sells, distributes, advertises or displays any pornographic material or links to pornographic material. If your probation officer approves you to have a website, you must use an approved hosting service. (See page 5.)

16. You shall not engage in spamming or email bombing.

17. You shall not download, possess and/or install copyrighted material that you did not legitimately purchase or obtain the rights to utilize. You shall not download, possess and/or install any application which allows for the circumvention and/or decryption of copyright protection measures. This does not include material relating to "open source" applications.

18. You shall not view, possess and/or compose any material that describes or promotes the unauthorized access to computer systems, nor shall you write, possess, download or utilize any software designed to detect vulnerabilities in computer networks, cause damage to other computer systems (i.e. viruses, worms) and/or covertly install remote connection/back door applications not authorized by users of other computer systems (i.e. Trojan Horses (NetBus, Back Orifice)). This includes, but is not limited to, spoofing/defacing web sites, denial of service attacks, gaining unauthorized access to information, or other "hacking" activities against corporate, government, education, etc. computer systems.

19. You shall not access or install websites or services designed for the purpose of peer-to-peer file transfers or the upload/download of large files (including FTP clients) without the permission of your probation officer. "Cloud" based file storage/sharing websites are prohibited unless approved by your probation officer and documented on your Internet Use Questionnaire. Examples of services requiring approval include, but are not limited to, Limewire, Torrent Tree, BTjunkie, yourbittorrent,

Sendspace, and Rapidshare, Gigatribe, DropBox, Filefactory, FileRose, SecureUpload, iCloud etc.

20. Use of online video chatting applications, services or websites (e.g. Skype) is prohibited unless specifically approved by your probation officer. (See page 5.)

21. You shall not view, access, possess and/or download any pornography involving minors or morphed or drawn to look like minors. You shall not use the Internet to view, access, possess and/or download any images of nude minors. This includes, but is not limited to, "nudist" web sites.

22. Online pornography involving adults is prohibited unless specifically approved by your probation officer. (See page 5.)

23. You shall not use any type of encryption, including the use of Secure Socket Layer ("SSL") connections, unless approved by your probation officer, except as necessary to conduct normal and regular business transactions and approved activities (e.g. online banking, bill payments, viewing your own medical records, etc.). You shall not maintain any encryption software or "vault" on your computer, nor shall you encrypt any drive in its entirety.

24. You shall shut down any monitored computer system when not in use.

25. You shall not change or attempt to change, circumvent or disable any restrictions and/or settings established by the Probation Office and your probation officer, your Internet Service Provider, monitoring software/hardware, and/or any user authentication, or attempt to tamper with or circumvent monitoring software installed on your computer.

26. You shall not use any freeware/shareware/software application or other device that wipes (secure file deletion) disk space, drives, etc. unless approved by the Probation Office and your probation officer.

27. You shall not possess or use removable media (i.e. CD-Rxs, DVDs, USB flash drives) configured with bootable operating systems. The CIMP officer may alter the BIOS of your computer to prevent booting from uninstalled operating systems.

28. You shall not change or re-install the current operating system (i.e. Windows) on any authorized computer without pre-approval of your probation officer. This includes but it not limited to utilizing the "system restore" function available in some operating systems. Automatic updates and security upgrades that are "pushed out" by operating system, or software companies (e.g. Java, Microsoft, etc.) are not prohibited, and are encouraged to protect your computer.

29. You shall notify all parties who reside in your residence of these restrictions. You shall further inform any individual who may access your monitored computer that all information contained on the computer is subject to monitoring and random searches. You are responsible for the activity of any individual who you authorize to use your computer.

**FAILURE TO COMPLY WITH ANY OF THE INSTRUCTIONS OF THIS CONTRACT MAY RESULT IN ADVERSE ACTION INCLUDING REVOCATION OF SUPERVISION.**

**I UNDERSTAND AND ACCEPT THESE INSTRUCTIONS AND ACKNOWLEDGE THAT I HAVE RECEIVED A COPY OF THEM.**

_____         _____
OFFENDER                                U.S. PROBATION OFFICER

_____         _____
DATE                                    DATE

ND/CA
Revised 11/2019

This page intentionally left blank

**SPECIAL RESTRICTIONS (check all that apply)**

☐ You shall not maintain or access any e-mail account that has not been approved by your probation officer.

☐ You shall not access any chat room or other online environment which allows for real-time interaction with other users.

☐ You shall not access website message boards and/or groups and shall not upload and/or download any material from any website message board and/or group.

☐ You shall not access newsgroups and shall not upload and/or download any material from newsgroups.

☐ You shall not sell/purchase or offer to sell/purchase any item via the Internet. This includes but is not limited to selling items on Internet auction sites.

☐ Other:

**Your probation officer has granted the following special permissions (check all that apply):**

You may maintain a ☐ personal ☐ business ☐ blog website. Content is subject to review and approval by your probation officer.

☐ You may engage in ☐ audio ☐ video chat sessions, including utilizing such features available within the following applications or website_____.

☐ You may utilize the following social networking website(s):
_____.

☐ You may use the Internet to view, access, possess and/or download any pornography involving adults.

☐ You may use additional computer(s) at the following locations:
_____.

☐ Other:

_____         _____
OFFENDER                                 U.S. PROBATION OFFICER

_____         _____
DATE                                     DATE