UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 15, 2024 **Time:** 49 minutes **Judge:** Trina Thompson

**Case No.**: 22-cr-00434-TLT-1 **Case Name:** UNITED STATES v. Victor Melero-Luna

**Attorney for Plaintiff:** Wendy Garbers
**Attorney for Defendant:** Elizabeth Falk
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Robert McNamee     **Reported by:** Irene Rodriguez
**Interpreter:** N/A                 **Probation Officer:** Cindy Suntay

### PROCEEDINGS

Sentencing - Held

### RESULT OF HEARING

The defendant is committed to the Bureau of Prisons for a term of 60 months for Count 1 of the Indictment; followed by a term of 5 years of supervised release for Count.

A special assessment of $100 is imposed. The fine is waived.
Restitution ordered in the amount of $3,000.00 to be paid to the victim.
The following property seized shall be forfeited:

   (a) One Apple iMac, Model A1224.
   (b) One Apple iPhone Xs.
   (c) One Apple iPhone 8.
   (d) One Apple iPhone 11.
   (e) One Apple iPhone 4s.

See Judgment for special conditions.

The motion for order of self-surrender is granted and the defendant is ordered to voluntarily surrender no later than May 10, 2024.